UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>SAN FRANCISCO MUNICIPAL,<br><br>　　　　Defendant(s).<br>_____/ | No. C-12-03656 DMR<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference is set for **May 15, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than May 8, 2013.

IT IS SO ORDERED.

Dated: March 26, 2013

　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge