United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, ET AL, | No. C-12-03656 DMR |
| Plaintiff(s), | **ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, ET AL, | |
| Defendant(s). | |

The court is in receipt of the Plaintiffs' notice of settlement and request to vacate all matters currently on calendar [Docket No.16]. The Further Case Management Conference previously scheduled for **September 18, 2013 at 1:30 p.m.** is VACATED. The parties shall submit a status report regarding the settlement of this matter by no later than **November 15, 2013.**

IT IS SO ORDERED.

Dated: September 16, 2013

DONNA M. RYU
United States Magistrate Judge