1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9    IRMA RAMIREZ, ET AL,                    No. C-12-03656 DMR

10              Plaintiff(s),               **ORDER TO SUBMIT FURTHER
                                            STATUS REPORT**
11        v.

12   SAN FRANCISCO MUNICIPAL
     TRANSPORTATION AGENCY, ET AL,
13
              Defendant(s).
14   _____/

15
            The court is in receipt of the parties' joint status report.  [Docket No. 19.]  The parties shall
16
     submit an updated status report regarding the settlement of this matter by no later than **January 3,**
17
     **2014.**
18

19
            IT IS SO ORDERED.
20

21
     Dated: November 18, 2013
22

23                                          _____
                                            DONNA M. RYU
24                                          United States Magistrate Judge

25

26

27

28

**United States District Court**

For the Northern District of California