UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, ET AL, | No. C-12-03656 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT FURTHER STATUS REPORT** |
| v. | |
| SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, ET AL, | |
| Defendant(s). | |

The court is in receipt of the parties' joint status report. [Docket No. 19.] The parties shall submit an updated status report regarding the settlement of this matter by no later than **January 3, 2014.**

IT IS SO ORDERED.

Dated: November 18, 2013

DONNA M. RYU
United States Magistrate Judge