1  THOMAS E. FRANKOVICH (State Bar #074414)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  4328 Redwood Hwy, Suite 300
   San Rafael, CA    94903
4  Telephone:     415/674-8600
   Facsimile:      415/674-9900
5  tfrankovich@disabilitieslaw.com

6  Attorney For Plaintiffs , IRMA RAMIREZ; and
   DAREN HEATHERLY

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY  <br><br>    Plaintiffs,  <br><br>v.  <br><br>SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; and CITY and COUNTY OF SAN FRANCISCO,  <br><br>    Defendants. | **CASE NO. CV-12-3656-DMR**  <br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

    This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: January 8, 2014

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
    Thomas E. Frankovich
Attorney for Plaintiffs IRMA RAMIREZ; and DAREN HEATHERLY

Dated: January 8, 2014

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
DAVID W. AMMONS
Deputy City Attorney

By: /s/ David W. Ammons
    DAVID W. AMMONS
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## ORDER

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: Jan. 9, 2014

_____
Honorable Magistrate Judge Donna M. Ryu
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Donna M. Ryu*